ELLSWORTH, *in equity, versus* STARBIRD.

The obtaining of a conveyance of land upon a verbal promise, that the purchaser would subsequently secure the purchase money by a mortgage, and a refusal afterwards to give such mortgage, do not constitute a sufficient ground for enjoining the purchaser from selling the land, unless some *fraudulent* or *deceptive* practice was used to obtain the conveyance.

THE bill prays that the defendant may be enjoined from selling a described lot of land, and for relief.

It alleges in substance that the plaintiff is a poor man; that he had owned the land; that he conveyed it to defendant upon an agreement that defendant should secure the value to the plaintiff by a mortgage; that afterwards defendant fraudulently refused to re-convey the land, or pay for it, or give the mortgage, or any other security.

*J. E. Godfrey,* for plaintiff.

SHEPLEY, C. J., orally. — The allegations amount only to this, that the plaintiff voluntarily conveyed the land, trusting to the defendant's mere verbal promise to give security for it. It is not stated that the security was to be given at the same time with the plaintiff's conveyance, or that any deception was practiced to obtain the conveyance.

                    *Injunction refused.*